# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152669

JERMAINE STEVENSON,

      Plaintiff-Appellant,

v

      SC: 152669
      COA: 328143

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of November 17, 2015, the Clerk of the Court is hereby directed to close this file.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2015



Clerk